IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:12cv197

| | |
|---|---|
| SBFI-NORTH AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MASS ENGINEERED DESIGN, INC., *et. al.*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on David M. Carter's Application for Admission to Practice *Pro Hac Vice* of Scott E. Stevens [Doc. 4].

In the Application, David M. Carter has certified that Scott E. Stevens is a member in good standing of the Texas Bar and will be appearing with David M. Carter, a member in good standing with the Bar of this Court. The applicant has submitted with the Application the full admission fee and has provided the email address of the attorney seeking admission.

**IT IS, THEREFORE, ORDERED** that David M. Carter's Application for Admission to Practice *Pro Hac Vice* of Scott E. Stevens [Doc. 4] is hereby **GRANTED** and Scott E. Stevens is hereby **ADMITTED** to practice, *pro hac vice*, before the Bar of this Court while associated with David M. Carter.

Signed: August 9, 2012

Martin Reidinger
United States District Judge