

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

_____ )
)
vs. ) Case No. _____
)
_____ )

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, _____, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

**FULL NAME:** _____
**BUSINESS ADDRESS (include firm name):**_____
_____
**CITY:** _____ **STATE:** _____ **ZIP:** _____
**OFFICE TELEPHONE: (_____)_____ FAX NUMBER: (_____)_____**
**E-MAIL ADDRESS (*required*):**
_____

This attorney will be representing**:**

_____

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in: Texas                                                                                     , and/or the highest court of the State of _____, and/or the District of Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.**

Respectfully submitted,

s/David M. Carter
**Signature:**

David M. Carter
**Printed Name**

Van Winkle, Buck, Wall, Starnes and Davis, P.A.
**Firm**

11 N. Market St., P.O. Box 7376
**Street Address**

Asheville, NC 28802
**City, State, Zip**

828.771.2586
**Telephone Number**

828.257.2773
**Fax Number**

dcarter@vwlawfirm.com
**E-Mail Address**